ROSCHELLE FOX
P O BOX 1084
BENSON, AZ 85602
(520)586-7176

November 12, 2009

Tiffany & Bosco P. A.
2525 East Camelback Road Suite 300
Phoenix, AZ 85016

**FILED**

NOV 17 2009

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

RE: Litton Loan Servicing LP/Loan Modification
Final Hearing on Case No. 09-05359/Bonilla
Property Address: 2262 East Calle Arroyo Lindo
Tucson, AZ 85706

Attn: Len McDonald

By first obtaining permission from Ms. Bonilla, I have decided to communicate with you for the sake of saving time; yours the courts and of course mine (I have been translating and assisting Ms. Bonilla). It appears to me (I could be wrong) that you have not had time to review the events that have taken place and you were thrown in the middle of a fire (without a fire extinguisher) as I have. Fortunately for me, I have more time available in my hands.

Following the events and taking the documents I have made a thorough study of what has taken place and how this issue can get settled and put behind us or else we will keep coming to court and looking at each other since we are not afforded that time in court to really hash it out. If you will take a couple of minutes to read over this letter I can communicate things so that they will be crystal clear to you and you will be able to get your client to put a happy end to all sides. I am a disinterested third party and do not stand to gain anything so I have been able to look past the obstacles.

1. You are correct when you stand in court and state that a modification has given Ms. Bonilla certain benefits such as; reduction in interest and principal, all of that is right. A modification has been agreed to and executed and all that good stuff. There is no issue with the "Principal and Interest" the issue here is as follows:

2. *"Escrow"* the math was not properly done in calculating the escrow payment: this is where one could make the allegation that there is a violation of RESPA or "Bait-and-switch". The modification agreement that was presented to Ms. Bonilla states the escrow payment would be $60.84 (taxes & Ins.) that would make it $730.08 per year for taxes and Ins. It has never been that amount. Ms. Bonilla was only looking at the "total" monthly payment for she does not have the knowledge and experience in this field. One could not make the argument that the change in payment is due to the "increase" in property taxes, for in this

11/17/2009

case there was none. $152.85 increase per month plus the additional $101.78 (shortage amount) for a total of $254.64 change in payment that is a 36% change in payment in "one" month.

3. Please note: there is nothing in the actual Loan Modification Agreement executed on 1/27/09 that states the payment would change the month after the first payment was received. **(Copy attached)**

Finally, in my experience working with financial institutions and mortgage notes I would offer the following solution to this issue.

Amend the current modification note using the 320 months left at an interest rate of 2.65% arriving at a principal and interest payment of $525.63 plus taxes and insurance of $213.70 bringing the total monthly payment to $739.33 this brings the housing expense to 46% of Ms. Bonilla's income but she is willing to live with that in order to keep her home. After all that is what the Obama's making home affordable program is for and we can be done with this mess.

Or, maybe your client can explain to Ms. Bonilla and the court why they would quote $60.84 for escrow having the facts available to them of what the taxes and insurance amounted to each year. We realize that errors are made and I am not a judge but consider myself a witness of the facts by having been involved in explaining them and having to study the facts so that I can speak on them it is looking to me like Litton Loan Servicing instead of taking responsibility for *their* error in calculating the (T&I) are finding it easier to shift the blame to an innocent woman who not only does not understand the laws governing financial institutions but does not understand the language either.

I hope this helps to direct the course of this simple issue that seems to be dragging unnecessarily.

Sincerely,

Roschelle Fox
Interpreter

RE: Case Number :09-05359-EWH

Name: Bernice Bonilla

Please add to file as copy of communication shared with Mr. Len McDonald in this case

Thank you

Roschelle Fox