# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** BERNICE H BONILLA
**Case Number:** 4:09-BK-05359-EWH **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, DECEMBER 09, 2009 10:30 AM COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

CONTINUED STATUS HEARING ON MOTION FOR RELIEF FROM STAY RE: 2262 EAST CALLED ARROYO LINDO, TUCSON, AZ 85706 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2 . (set at hrg. held 9/3/09) (cont. from 10/01/09) (cont. from 11/4/09)

**R / M #:** 31 / 0

## Appearances:

BERNICE BONILLA, DEBTOR
ROCHELLE FOX, INTERPRETOR
LEONARD J. MCDONALD, ATTORNEY FOR DEUTSCHE BANK

## Proceedings:

Mr. McDonald states that he finally got someone who will prepare a special affidavit as to the $200 a month difference in payment but he does not have it today.

Ms. Bonilla is still making payments and has to take time off work to come to the hearings. She is losing $10.00 an hour.

COURT: $100 FROM TIFFANY AND BOSCO TO THE DEBTOR FOR THE LOSS OF PAY. A CONTINUED HEARING IS SET FOR THURSDAY, JANUARY 7, 2010 AT 2:00 P.M. AN ACCOUNTING TO HAVE BEEN PROVIDED TO THE DEBTOR OR AN ORDER TO SHOW CAUSE WILL ISSUE TO DEUTSCHE BANK WHY THEY SHOULD NOT BE HELD IN CONTEMPT.

Ms. Fox informs the court that she has written a letter filed with the court that provides an accounting and explains everything. She asks if Mr. McDonald has reviewed it.

Court does not see the letter on docket and asks Ms. Fox to file the document in open court.